Saturday,
December 24.

HALE *v.* WOODRUFF.—In error.

*HELD*, that the president and trustees of *New-Albany* were not authorised, by the act of incorporation of 1832, to extend the limits of the corporation so as to include the out-lots of the town, without the consent of a majority of the resident owners of such lots.

NOOE *v.* HIGDON.—In error.

Saturday,
December 24.

TRESPASS *quare clausum fregit*, for breaking the plaintiff's stable and taking away his horse. Pleas, 1st, That the stable was in the possession of the defendant and one *A.* as tenants of the plaintiff; that the horse belonged to the defendant and *A.*, and was in *A.'s* part of the stable, &c. 2dly, That *B.* had obtained a judgment against *C.* before a justice, and that the defendant and *A.* were *C.'s* replevin-bail; that a *fi. fa.* was issued on the judgment and delivered to a constable; that the horse was *C.'s*, but the plaintiff kept him concealed and locked up in the stable, and refused to deliver him, &c.; and that the defendant, by *A.'s* permission, opened the stable, &c. Replications to these pleas, and issues. *Held*, on the trial, that *A.* was a competent witness for the defendant.

If an execution be proved to be lost, its contents may be proved by parol evidence.